Angelo BIASI, an infant, etc., applt., v. ACME ENGINEERING & CONTRACTING CO., respt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment reversed and new trial granted, with costs to appellant to abide event. Held: That the notice is a part of the complaint and should be read in connection therewith, and when so read the complaint states a cause of action. 2. Even if the complaint was defective, the court had power under the circumstances of this case, to allow the amendment asked. All concur.

Joseph BIELSKI, respt., v. HALCOMB STEEL CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Appeal dismissed, without costs, upon stipulation filed.

Elsie H. BIRD and one, as executors, etc., respts., v. INTERNATIONAL RAILWAY CO. impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment and order affirmed, with costs. All concur, except Foote, J., who dissents upon the ground that the court erred in charging the jury that the defendant was called upon to have the car approach the usual stopping place under control.

Charles BIRD, applt., v. James W. SHERMAN et al., respts. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment affirmed, with costs. All concur.

In the matter of Clarence F. BIRDSEYE. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Application granted. Settle order on notice.

Jacob BITTERFIELD, Respt., v. Adolf ASCHENGREN, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

BLAISDELL, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by William Blaisdell against the Long Island Railroad Company. No opinion. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment unanimously affirmed, with costs, for the reasons stated in Blaisdell v. Long Island Railroad Co., 152 App. Div. 218, 136 N. Y. Supp. 768, on the question of liability. Any evidence received upon the second trial, not adduced upon the first, is purely cumulative, and does not piece out a cause of action. See, also, 131 N. Y. Supp. 14.

In the matter of the claim of Ella BLOOMFIELD for compensation under the Workmen's Compensation Law v. S. NOVEMBER, employer, and Zurich General Accident and Liability Insurance Company, Limited, insurance carrier, appellants. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Award unanimously affirmed.

Henrietta I. BOLLINGER, Respt., v. Andrew ALBRIGHT, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

Henrietta I. BOLLINGER, v. Andrew ALBRIGHT. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied, with $10 costs. Order filed.

Matter of BOUKER CONTRACTING CO., Applt., v. W. H. Callahan Contracting Co., Respt. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Determination (92 Misc. Rep. 241, 155 N. Y. Supp. 543) affirmed, with costs, on opinion of Lehman, J., at Appellate Term. Order filed.

Isadore BRANDES, an inft., Respt., v. BRADLEY CONTRACTING CO., Applt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

Isador BRANDES v. BRADLEY CONTRACTING CO. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied, with $10 costs. Order filed.

BRESSLIN v. STAR CO. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) Action by Leon Bresslin against the Star Company. No opinion. Motion denied. See, also, 167 App. Div. 938, 152 N. Y. Supp. 1100.

Leon BRESSLIN, appellant, v. STAR COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Motion granted, without costs.

Elvira G. BROKAW et al., Respts., v. Louis SHERRY, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Francesca BRUNO, applt., v. John P. KING, respt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Appeal dismissed, without costs, upon stipulation filed.

BUCCIARELLI, Appellant, v. RINEHART & DENNIS CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by Ugo Bucciarelli, an infant, by Vincenzo Bucciarelli, his guardian ad litem, against the Rinehart & Dennis Company. No opinion. The evidence is confused, and some of the witnesses so changeful in their testimony as to awaken incredulity. But, unopposed, the evidence is not so utterly destitute of probable truth as to permit its rejection by the court. It tends to show, rather faintly, it is true, but sufficiently to demand submission to